# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) CAUSE NO.: 4:21-CV-894<br>) |
| P^2MG, LLC dba P2MG, LLC, MICHAEL NELSON and BAKEYAH NELSON | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1 Plaintiff Philadelphia Indemnity Insurance Company provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

Philadelphia Indemnity Insurance Company's ultimate controlling parent is Tokio Marine Holdings, Inc., an insurance holding company organized under the Companies Act of Japan that is publicly traded on the Tokyo and Osaka Stock Exchanges. No entity owns more 10% or more of Tokio Marine Holdings, Inc.'s stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case: Respectfully submitted,

Philadelphia Indemnity Insurance Company
P^2MG, LLC dba P2MG, LLC
Michael Nelson
Bakeyah Nelson

                                                                      **KREBS FARLEY & DRY, PLLC**

                                                                       By: */s/ Steven K. Cannon*
                                                                       Ryan D. Dry

State Bar No. 24050532
Steven K. Cannon
State Bar No. 24086997
909 18th Street
Plano, TX 75074
(972) 737-2517 Telephone
(972) 737-2543 Facsimile
rdry@krebsfarley.com
scannon@krebsfarley.com

**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**