United States District Court
Southern District of Texas
**ENTERED**
June 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00894 |
| | § | |
| PMG, LLC d/b/a P2MG, LLC and MICHAEL NELSON, BEKAYAH NELSON, | § § § | |
| | § | |
| Defendants. | § | |

## <u>ORDER FOR ENTRY OF DEFAULT</u>

The record demonstrates that the defendants', P^2MG, LLC dba P2MG, LLC; Michael Nelson; and Bakeyah Nelson (collectively, "Defendants"), have been served with a summons and copy of the Complaint. The record further demonstrates that defendants P^2MG, LLC d/b/a P2MG and Bakeyah Nelson have not answered or otherwise responded to the allegations in those pleadings within the allotted time.

Accordingly, upon review of the *Request for Entry of Default* [Dkt. 9] filed on June 11, 2021, by the plaintiff, Philadelphia Indemnity Insurance Company, and upon review of the *Declaration for Entry of Default* [Dkt. 9-1] attached thereto and upon the request of counsel, the Court hereby makes an entry of default, pursuant to Rule 55(a), FED. R. CIV. P., against defendants, P^2MG, LLC d/b/a P2MG, LLC**,** and Bakeyah Nelson.

It is so ORDERED.

SIGNED on this 17th day of June, 2021.

_____
Kenneth M. Hoyt
United States District Judge